EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　*Plaintiff,*<br><br>v.<br><br>RUBEN BERNARD RUIZ, JR.,<br><br>　　　　　　　　*Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No.   23-MJ-136-JAR |

　　　I, Kimberly Webster, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

　　　On or about March 2, 2023, in the Eastern District of Oklahoma, in Indian country, **RUBEN BERNARD RUIZ, JR.**, an Indian, committed the crime of Assault Resulting in Serious Bodily Injury in Indian Country, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

　　　I further state that I am a Special Agent with Federal Bureau of Investigation, and that this complaint is based on the following facts:

　　　(See attached Affidavit of Kimberly Webster, which is attached hereto and made a part hereof by reference.)

　　　☒　　Continued on the attached sheet.

　　　　　　　　　　　　　　　　　　　　　　　　　　Kimberly Webster
　　　　　　　　　　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Bureau of Investigation

Sworn to me at: MUSKOGEE, OKLAHOMA

Date:  May 19, 2023

_____　　　　Signature of Judicial Officer
**UNITED STATES MAGISTRATE JUDGE**
**JASON A. ROBERTSON**



## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Kimberly Webster, being duly sworn, depose and state that:

### INTRODUCTION

1. Your Affiant is currently employed as a federal law enforcement officer within the meaning of Federal Rules of Criminal Procedure 41 (a)(2)(C), that is a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2014. I am currently assigned to the Oklahoma City Division, Durant Resident Agency. My responsibilities include the investigation of possible violations of federal law, including the investigation of Indian Country violations under Title 18, United States Code, Sections 1151, 1152, and 1153.

2. As a Federal Agent, I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3. The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that RUBEN BERNARD RUIZ, JR., committed the below-described offense, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## **PROBABLE CAUSE**

4. As will be shown below, there is probable cause to believe that RUBEN BERNARD RUIZ, JR. committed a violation of Title 18, United States Code, Section 113(a)(6), Assault Resulting In Serious Bodily Injury in Indian Country, which occurred within the boundaries of the Choctaw Nation, within the Eastern District of Oklahoma.

5. VENUE: The facts and circumstances alleged in this affidavit occurred in Durant, Oklahoma, which is within the Eastern District of Oklahoma. The below described location is within the geographic boundaries of the Choctaw Nation, and therefore is within Indian Country.

6. DEFENDANT: The defendant is RUBEN BERNARD RUIZ, JR., hereinafter referred to as "RUIZ." RUIZ is an enrolled member of the Choctaw Nation. The victim of the offense described herein is an enrolled member of the Choctaw Nation.

7. Your Affiant received information regarding a crime which occurred in Durant, Bryan County, Oklahoma within the boundaries of the Choctaw Nation. This Affidavit is intended to show there is sufficient probable cause for a Complaint and does not set forth all of my knowledge about this matter. This Affidavit is made in support of a Complaint and Arrest Warrant for the crime in violation of Title 18, United States Code, Section 113(a)(6). In support of this request, Your Affiant submits the following:

8. On or about March 2, 2023, RUIZ initiated a vehicle collision in the parking lot of the Wal-Mart shopping center, located at 3712 W. Main St, Durant, Oklahoma, by using his vehicle to ram his mother's vehicle head-on. Inside the victim's vehicle was RUIZ's mother, P.P., and two children. One of the children is RUIZ's biological child. RUIZ is a non-custodial parent with his parental rights having been terminated by a tribal court. Upon the collision, RUIZ removed his daughter from the vehicle and drove away with her. Law enforcement tracked Ruiz to the Dallas,

Texas area. The Dallas Police Department apprehended RUIZ and he was taken into custody. The entirety of the vehicular incident was recorded on Wal-Mart security camera footage which law enforcement has since retrieved and viewed. The videos corroborate the facts detailed in this affidavit.

9. P.P. was taken to the hospital from the scene due to injuries. The collision resulted in P.P.'s diagnosis of chest wall pain and blunt chest trauma, as pronounced by the attending physician. She also suffered five fractured ribs. Therefore, serious bodily injury was incurred by P.P. because of the vehicle collision intentionally caused by RUIZ.

10. Based on a review of this case file and based on my knowledge and experience with violent crimes in Indian Country, I, as your Affiant have probable cause to believe RUBEN BERNARD RUIZ, JR. committed the offense of Assault Resulting In Serious Bodily Injury in Indian Country in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

Respectfully Submitted,

Kimberly Webster, Special Agent
Federal Bureau of Investigation

Sworn to me this 19th day of May 2023.

HONORABLE JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA